State Elevator Co., Inc. Plaintiff *v.* Frank S. Beal, Secretary, Pennsylvania Department of Public Welfare, and Grace M. Sloan, Treasurer, Commonwealth of Pennsylvania, Defendants.

Argued, February 4, 1976, before Judges CRUMLISH, JR., KRAMER, WILKINSON, JR., MENCER, ROGERS and BLATT. President Judge BOWMAN did not participate.

*C. Grainger Bowman,* with him *J. Thomas Menaker,* and *McNees, Wallace & Nurick,* for plaintiff.

*Howard M. Snyder,* Deputy Attorney General, with him *J. Justin Blewitt,* Deputy Attorney General, *Lawrence Silver,* Deputy Attorney General, and *Robert P. Kane,* Attorney General, for defendants.

PER CURIAM OPINION, March 1, 1976:

AND NOW, this 1st day of March, 1976, after argument before the Court en banc on defendants' motion for judgment on the pleadings, the Court being evenly divided, the motion is thereby rendered non-justiciable and is therefore denied.